~SEALED ~ORIGINAL 

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 2:25cr21 |
| | ) | FID: 11772175 |
| WALTER CAPACCIO | ) | NCIS |
| | ) | |
| Defendant | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Walter Capaccio,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

T.18:2252(a)(4)(B) - Possession of Visual Depictions of Minors Engaging in Sexually Explicit Conduct (Counts 1 & 2)

Date: 02/26/2025

*Issuing officer's signature*

City and state: Norfolk, Virginia

Robert J. Krask, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 2/27/25, and the person was arrested on *(date)* 3/7/25
at *(city and state)* Virginia Beach, VA.

Date: 3/7/25

*Arresting officer's signature*

Abbi Bledsoe, Special Agent NCIS
*Printed name and title*