IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

*Norfolk Division*

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>WALTER CAPACCIO,<br><br>Defendant. | Criminal No. 2:25-cr-21 |

**NOTICE OF PUBLICATION
AND FINALITY OF CONSENT ORDER OF FORFEITURE**

NOW COMES the United States and represents as follows:

WHEREAS, on April 24, 2025 this Court entered Consent Order of Forfeiture (Document 26) as to defendant Walter Capaccio, ordering the forfeiture of the following property:

    a.    **One (1) Dell Inspiron 15, Serial Number: 27WD682, with charger.**

AND WHEREAS the United States published on an official government website (www.forfeiture.gov) for thirty (30) consecutive days, beginning on May 20, 2025, and ending on June 18, 2025, as required by Federal Rule of Criminal Procedure 32.2(b)(6) and evidenced by the attached Declaration and Advertisement, notice of this forfeiture action and the intention of the United States to dispose of the property in accordance with the law and as specified in the Consent Order of Forfeiture, and further notified all third parties, if any, of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their legal interest in the property;

AND WHEREAS no petitions asserting an interest in the forfeited property have been filed and the time for doing so has expired;

AND WHEREAS the Consent Order of Forfeiture provides that it will become the final order of forfeiture in the absence of any third party claims, as provided by Fed. R. Crim. P. 32.2(c)(2);

It appears that all right, title, and interest in the subject property has been forfeited to the United States of America in accordance with the Consent Order of Forfeiture, and may be disposed of according to law.

        Respectfully submitted,

        Lindsey Halligan
        United States Attorney

By:      /s/Kevin Hudson
        Kevin Hudson
        Assistant United States Attorney
        Virginia State Bar No. 81420
        Attorney for the United States
        101 West Main Street, Suite 8000
        Norfolk, VA 23510
        Office Number: (757) 441-6331
        Facsimile Number: (757) 441-6689
        Email Address: kevin.hudson@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that, on the 29th day of October, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send a notification of such filing (NEF) to all counsel of record.

By:  /s/Kevin Hudson
Kevin Hudson
Assistant United States Attorney
Virginia State Bar No. 81420
Attorney for the United States
101 West Main Street, Suite 8000
Norfolk, VA 23510
Office Number: (757) 441-6331
Facsimile Number: (757) 441-6689
Email Address:  kevin.hudson@usdoj.gov